**Andr'e F. JONES–EL, Plaintiff—Appellant,**

v.

**Stan G. HOLLBERRY; Donna Mayne, Director; Janet Wurie, Nurse Practitioner, Defendants—Appellees.**

No. 05–7188.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 31, 2005.

Decided Nov. 18, 2005.

Andr'e F. Jones–El, Appellant Pro Se.

Before TRAXLER, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Andr'e F. Jones–El appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Jones–El v. Hollberry*, No. CA–05–390 (E.D.Va. July 8, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

fore the court and argument would not aid the decisional process.

*AFFIRMED*